# WALLER COUNTY



**Liz Pirkle**
**DISTRICT CLERK**



FILED IN
1st COURT OF APPEALS
836 AUSTIN STREET, ROOM 318
HEMPSTEAD, TEXAS 77445
7/28/2015 4:27:17 PM
979 / 826-7735
FAX 979/ 826-7718
CHRISTOPHER A. PRINE
Clerk

July 17, 2015

First Court of Appeals
301 Fannin
Houston, Texas 77002

THE STATE OF TEXAS

COUNTY OF WALLER

BEFORE ME, the undersigned authority, personally appeared LIZ PIRKLE, who being duly sworn according to law, on her oath states:

"My name is Liz Pirkle, I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts stated in this affidavit and they are true and correct.

I am the DISTRICT CLERK OF WALLER COUNTY, TEXAS, and serve as the clerk of the 506th Judicial District Court, in which occurred the trial of the case entitled:

XENOS YUEN, TRUSTEE OF THE XENOS YUEN FAMILY IRREVOCABLE TRUST

VS.

WALLER COUNTY APPRAISAL DISTRICT

**Cause Number:** __13-09-22124__

**First Court of Appeals Number:** __01-15-00521-CV__

Page 2

July 17, 2015

Trial Court Case Number:   13-09-22124

First Court of Appeals Number:  01-15-00521-CV

Notice of Appeal was filed on the above case on June 5, 2015.  A request for the Designation of Record and payment of a deposit was sent to Attorney Andrew Gass on June 23, 2015.  As of today, July 17, 2015, no designation of record or payment of deposit has been received.

# Liz Pirkle

Liz Pirkle

DISTRICT CLERK

SUBSCRIBED and SWORN TO BEFORE ME BY Liz Pirkle, on this the 17th day of June, 2015.

Janie Derrick, Deputy DISTRICT CLERK

cc:  Hon. Albert M. McCaig
    Andrew Gass, ag@yuenlawoffice.com
    James R. Evans, jim@hellplaw.com
    Robyn Wiley, reporter@court506.com